IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D. BROWN, | § | |
| TDCJ-CID NO.1179435, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-4268 |
| | § | |
| DOUG DRETKE, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order on Dismissal, this case is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on January 10, 2006.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE